## Allen *v.* Smith.

*New Trial.*

(Decided Nov. 22, 1905, 39 So. Rep. 615.)

Appeal from Choctaw Circuit Court.
Heard before Hon. John T. Lackland.

W. F. Glover, for appellant.
G. H. Carnathan, for appellee.

Reversed and remanded.

Opinion by Simpson, J.

Haralson, Dowdell & Denson, JJ., concur.

---

## Richards *v.* Herald Shoe Co.

*Assumpsit.*

(Decided Nov. 16, 1905, 39 So. Rep. 615.)

Appeal from Mobile City Court.
Heard before Hon. O. J. Semmes.

B. F. McMillan, for appellant.
Fitts & Stoutz, for appellee.

Reversed and remanded.

Opinion by Dowdell, J.

Haralson, Simpson and Denson, JJ., concur.